In the Supreme Court of Georgia

Decided:     January 20, 2015

S14A1713. STUCKEY v. STUCKEY et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant

to Supreme Court Rule 59.

Judgment affirmed.  All the Justices concur.